R. Christopher Harshman, SBN 248214
rch@packetlaw.com
RISSO I.P.P.C.
8055 W. Manchester Ave., Suite 600A
Playa Del Rey, CA 90293
Telephone:  (310) 266-5663
Facsimile:   (310) 861-0344

Michael L. Lovitz, SBN 268976
mlovitz@lovitziplaw.com
LOVITZ IP LAW PC
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone:  (310) 860-6136
Facsimile:   (310) 861-6566

Attorneys for Plaintiff
PIV Enterprises, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIV ENTERPRISES, INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>DETOXIFY, LLC, an Arizona limited liability company; WELLEMENTS, LLC, an Arizona limited liability company; WELLEMENTS II, LLC, an Arizona limited liability company; NOURISHLIFE WELLEMENTS LLC, an Arizona limited liability company and DOES 1-10,<br><br>      Defendants. | Case no. **CV11 03898 GHK (JEMx)**<br><br>**PLAINTIFF PIV ENTERPRISES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

1

NOTICE OF INTERESTED PARTIES

To the Court and all parties appearing of record:

    Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Local Rule 7.1-1, the undersigned, counsel of record for PIV Enterprises, Inc., certifies that the following listed party may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Plaintiff PIV Enterprises, Inc. PIV Enterprises, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock. Brady Daniel is the sole shareholder of PIV Enterprises, Inc.

Dated: May 5, 2011        RISSO I.P.P.C.

By: _____
R. Christopher Harshman, Esq.
Attorney of record for Plaintiff PIV Enterprises, Inc.